# Carter *v.* The State.

APPEAL from Criminal Court of Jefferson.

Tried before the Hon. DANIEL A. GREENE.

B. M. ALLEN, for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for murder in the first degree, and sentenced to the penitentiary for life.

On this appeal the bill of exceptions is stricken from the record, because not signed within the time prescribed by law.

The judgment is affirmed.

Opinion by TYSON, J.

---

# Taylor *v.* The State.

APPEAL from Montgomery City Court.

Tried before the Hon. WILLIAM H. THOMAS.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant in this case was indicted and tried for an assault with intent to murder, and was convicted of an assault and battery.

The judgment of conviction is affirmed.

Opinion PER CURIAM.